IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EUGENE BROWN,<br><br>　　　　Plaintiff,<br>　　vs.<br>C. GIBSON, et al.,<br>　　　　Defendants.<br>_____/ | 1:11-cv-1886 MJS (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS<br><br>(ECF No. 2) |

　　　Plaintiff Darryl Eugene Brown ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application to proceed in forma pauperis was deficient in that it did not include Plaintiff's original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; F.R.C.P. 11(a).

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　Within thirty (30) days of the date of service of this Order, Plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with Plaintiff's original signature, or in the alternative, pay the $350.00 filing fee for this action.

*/////*

**Failure to comply with this Order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:     December 1, 2011               /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE