UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL E. BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>G. GIBSON, et al.,<br><br>        Defendant.<br>_____/ | 1:11-cv-1886-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 7)<br><br>CLERK SHALL CLOSE CASE |

      Plaintiff Darryl E. Brown ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

      This action was initiated November 14, 2011. (ECF No. 1.) On the same day, Plaintiff filed a Motion for a Temporary Restraining Order. (ECF No. 3.) Plaintiff later filed a Motionfor leave to amend his Complaint. (ECF No. 6.) Then, on December 8, 2011, Plaintiff filed a "Motion: Requesting Voluntary Dismissal," asking that his Complaint be voluntarily dismissed. (ECF No. 7.)

      Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's motion to withdraw is read as a notice of dismissal.

      Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

-1-

1  without prejudice.

2          The Clerk shall CLOSE this case.

3

4

5  IT IS SO ORDERED.

6  Dated:     December 16, 2011            /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE