UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL E. BROWN, | 1:11-cv-1886-MJS (PC) |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL OF ACTION |
| G. GIBSON, et al., | (ECF No. 7) |
| Defendant. | CLERK SHALL CLOSE CASE |

Plaintiff Darryl E. Brown ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated November 14, 2011.  (ECF No. 1.)  On the same day, Plaintiff filed a Motion for a Temporary Restraining Order.  (ECF No. 3.)  Plaintiff later filed a Motion for leave to amend his Complaint.  (ECF No. 6.)  Then, on December 8, 2011, Plaintiff filed a "Motion: Requesting Voluntary Dismissal," asking that his Complaint be voluntarily dismissed.  (ECF No. 7.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.  Plaintiff's motion to withdraw is read as a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

1 without prejudice.

2     The Clerk shall CLOSE this case.

5 IT IS SO ORDERED.

6 Dated:   December 16, 2011           /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE